(April 24, 1985)

In the Matter of the Application of WAYNE P. SMITH for reinstatement as an Attorney.

Mahoney, P. J., Kane, Casey, Mikoll and Yesawich, Jr., JJ., concur.